# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-9, )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 3:12-cv-03161-RM-BGC |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE 9 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 9 ("Defendant") from this action without prejudice. Defendant was assigned the IP address 74.84.87.207.  For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  November 15, 2012

                                                Respectfully submitted,

                                                NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti, Esq. (P44419)
      36880 Woodward Ave, Suite 100
      Bloomfield Hills, MI 48304
      Tel:  (248) 203-7800
      Fax:  (248) 203-7801
      E-Fax: (248) 928-7051
      Email:  paul@nicoletti-associates.com
      *Attorneys for Plaintiff*

Civil Case No. 3:12-cv-03161-RM-BGC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*