


# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = busty construction girls
Search Results: Displaying 1 of 1 entries



### *BUSTY CONSTRUCTION GIRLS.*

|   |   |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001783736 / 2012-05-01 |
| **Application Title:** | BUSTY CONSTRUCTION GIRLS. |
| **Title:** | BUSTY CONSTRUCTION GIRLS. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | PATRICK COLLINS, INC. Address: 8015 DEERING AVE., CANOGA PARK, CA, 91304, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-04-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | PATRICK COLLINS, INC. |





## EXHIBIT B

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page