**E-FILED**
Thursday, 13 December, 2012  04:10:20 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:12-cv-03161-RM-BGC |
| | ) | |
| v. | ) | |
| | ) | |
| ROBIN GODSIL and JOHN DOE 8, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Patrick Collins, Inc., moves for entry of an order extending the time within Plaintiff has to serve Defendants with a Summons and Complaint, and states:

1.     This is a copyright infringement case originally against nine (9) John Doe Defendants known to Plaintiff only by an IP address.  The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.     Plaintiff served subpoenas on each ISP, demanding that they produce the identifying information for the John Doe Defendants.  To date, Plaintiff has learned the identities of all the Defendant with the exception of John Doe 8, who is a Frontier subscriber.  Plaintiff has contacted Frontier to obtain a status on the pending response, but has yet to receive an answer.

3.     Plaintiff has amended its Complaint to name Robin Godsil, formerly known as John Doe 4, and served them with a summons and Amended Complaint on December 3, 2012.

4.     Pursuant to this Court's order dated November 14, 2012, Plaintiff has until today, December 13, 2012, to effectuate service of the summons and Complaint upon each Defendant.

1

As Plaintiff does not yet know the true identity for John Doe 8, it was unable to serve him in compliance with this Court's order.

5.      Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended an additional thirty (30) days, or until January 13, 2013.

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Defendants with a summons and Complaint be extended until January 13, 2013.  A proposed order is attached for the Court's convenience.

Dated:  December 13, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:     /s/ Paul J. Nicoletti
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ Paul J. Nicoletti