# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 3:12-cv-03161-RM-BGC |
| | : | |
| JOHN DOES 1-9, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 98.214.58.125. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January ____, 2012

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*_____
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                        By:  /s/ *Paul J. Nicoletti*
                        Paul J. Nicoletti